to believe [Appellant] violated a state, county, or municipal traffic offense, and [Appellant] was driving with a blood alcohol content of .02% or more by weight, but less than .10% or more by weight.

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that the suspension or revocation of [Appellant]'s driver's license is authorized and required by Sections 302.500 through 302.541, RSMo 1994 and RSMo Supp. 1999.

There was no finding concerning notice. Again, without notice, there is no suspension. *Robinson*, 32 S.W.3d at 151. Thus, we reverse the judgment of the Circuit Court of Daviess County and remand to allow for the court to make a finding concerning notice and to proceed further in accordance with this opinion.

SMITH, P.J., and HOLLIGER, J., concur.

Jerrold Kenter, Boyd & Kenter, Kansas City, MO, for Respondent Don. L. Williams.

Before HAROLD L. LOWENSTEIN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

### Order

PER CURIAM.

Trans World Airlines, Inc. appeals the Labor and Industrial Relations Commission's award in favor of Don L. Williams for temporary total disability, permanent total disability, and future medical care. We have reviewed the briefs of the parties, the legal file, and the record on appeal, and we affirm pursuant to Rule 84.16(b). The parties have been furnished with a memorandum for their information only that sets forth the reasons for this order because a written opinion would have no precedential value.

■

**Don L. WILLIAMS; Second Injury Fund, Respondents,**

v.

**TRANS WORLD AIRLINES, INC., Appellant.**

**No. WD 60107.**

Missouri Court of Appeals, Western District.

March 26, 2002.

Rex R. Redhair, Kansas City, MO, for Appellant.

■

**CITY OF KANSAS CITY, Missouri, Appellant,**

v.

**SOUTHWEST TRACOR INC., et al., Respondent.**

**No. WD 59983.**

Missouri Court of Appeals, Western District.

March 26, 2002.